**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number  2021-CA-1546

Kenneth Berthelot

- - Versus - -

Russell Indovina and Progressive Security Insurance
Company

32nd Judicial District Court
Case #: 174356
Terrebonne Parish

On Application for Rehearing filed on  06/20/2022 by Crum & Forster Specialty Insurance Company,
Pro-Mag Inspections, L.L.C., and Houston Specialty
Insurance Company

Rehearing ___DENIED___

J. Michael McDonald

Walter I. Lanier III

Elizabeth Wolfe

Date ___JUL 0 8 2022___

Rodd Naquin, Clerk